No. 137. PUEBLO DE ISLETA *v.* UNITED STATES. Court of Claims. Certiorari denied. *Arthur T. Hannett* for petitioner. *Solicitor General Cox* and *Roger P. Marquis* for the United States. Reported below: —— Ct. Cl. ——, —— F. 2d ——.

No. 139. ROCHESTER & GODDELL ENGINEERS, INC., ET AL. *v.* FLORIDA STATE TURNPIKE AUTHORITY. District Court of Appeal of Florida, Second Appellate District. Certiorari denied. *Walter Warren* for petitioners. *Gilbert A. Smith* for respondent. 

No. 143. GRANNIS & SLOAN, INC., ET AL. *v.* RENEGOTIATION BOARD. C. A. 4th Cir. Certiorari denied. *Cyril Granville Wyche* and *Alfred F. Burgess* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for respondent. 

No. 145. PACIFIC EMPLOYERS INSURANCE CO. ET AL. *v.* BANKERS TRUST CO. C. A. 9th Cir. Certiorari denied. *Bert W. Levit* for petitioners. 

No. 147. BERKLEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Marvin A. Koblentz* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. 

No. 148. D'ALESSIO *v.* PEDERSON, DISTRICT DIRECTOR, IMMIGRATION & NATURALIZATION SERVICE. C. A. 6th Cir. Certiorari denied. *Henry C. Lavine* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for respondent.